JOAQUIN A. DE OLIVEIRA BOTELHO, Respondent, v. JULIUS H. SIEBERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ., Clarke, P. J., and Page, J., dissented.